## DECLARATION OF SERVICE

| Case:<br>CV-21-119-M-DWM | Court:<br>District | County:<br>Missoula | Job:<br>6320220 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Montana Democrative Party, Montanans for Tester, Macee Patritti | | **Defendant / Respondent:**<br>Christi Jacobsen, in her official capacity as Montana Secretary of State, Jeffrey Mangan, in his official capacity as Montana Commissioner of Political Practices | |
| **Received by:**<br>Williams Investigations | | **For:**<br>Meloy Law Firm | |
| **To be served upon:**<br>Austin Knudsen, the Montana Attorney General | | | |

I, Tyler Paulsen, state that: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that the foregoing is true and correct. Declaration signed in Helena, MT.

**Recipient Name / Address:** Montana Attorney General, Company: 215 N Sanders Third Floor, Helena, MT 59620
**Manner of Service:** Personal/Individual, Nov 5, 2021, 2:06 pm MDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Nov 5, 2021, 2:06 pm MDT at Company: 215 N Sanders Third Floor, Helena, MT 59620 received by Mary, Administrative Assistant at Montana Attorney General.

**Fees:** $100.00

_____    11/08/2021
Tyler Paulsen                Date
8963

Williams Investigations
4185 N Montana Avenue, Suite 4
Helena, MT 59602
406-431-2993

## DECLARATION OF SERVICE

| Case:<br>CV-21-119-M-DWM | Court:<br>District | County:<br>Missoula | Job:<br>6320246 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Montana Democrative Party, Montanans for Tester, Macee Patritti | | **Defendant / Respondent:**<br>Christi Jacobsen, in her official capacity as Montana Secretary of State, Jeffrey Mangan, in his official capacity as Montana Commissioner of Political Practices | |
| **Received by:**<br>Williams Investigations | | **For:**<br>Meloy Law Firm | |
| **To be served upon:**<br>Christi Jacobsen the Montana Secretary of State | | | |

I, Tyler Paulsen, state that: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that the foregoing is true and correct. Declaration signed in Helena, MT.

**Recipient Name / Address:** Montana Secretary of State, Montana State Capitol: Rm 260, Helena, MT 59620
**Manner of Service:** Personal/Individual, Nov 5, 2021, 1:50 pm MDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Nov 5, 2021, 1:50 pm MDT at Montana State Capitol: Rm 260, Helena, MT 59620 received by Angie Paulsen, Policy Advisor at Montana Secretary of State.

**Fees:** $100.00

_(signature)_  11/08/2021
Tyler Paulsen    **Date**
8963

Williams Investigations
4185 N Montana Avenue, Suite 4
Helena, MT 59602
406-431-2993

# DECLARATION OF SERVICE

| Case: CV-21-119-M-DWM | Court: District | County: Missoula | Job: 6320268 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Montana Democrative Party, Montanans for Tester, Macee Patritti | | **Defendant / Respondent:** Christi Jacobsen, in her official capacity as Montana Secretary of State, Jeffrey Mangan, in his official capacity as Montana Commissioner of Political Practices | |
| **Received by:** Williams Investigations | | **For:** Meloy Law Firm | |
| **To be served upon:** Jeffrey Mangan, the Montana Commissioner of Political Practices | | | |

I, Tyler Paulsen, state that: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that the foregoing is true and correct. Declaration signed in Helena, MT.

**Recipient Name / Address:** Montana Commissioner of Political Practices, Company: 1209 8th Ave, Helena, MT 59601
**Manner of Service:** Personal/Individual, Nov 5, 2021, 1:40 pm MDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Nov 5, 2021, 1:40 pm MDT at Company: 1209 8th Ave, Helena, MT 59601 received by Cheryl Wilson, Compliance Specialist at Montana Commissioner of Political Practices.

**Fees:** $100.00

_(signature)_    11/08/2021
Tyler Paulsen       Date
8963

Williams Investigations
4185 N Montana Avenue, Suite 4
Helena, MT 59602
406-431-2993