AUSTIN KNUDSEN
Montana Attorney General
KRISTIN HANSEN
  *Lieutenant General*
DAVID M.S. DEWHIRST
  *Solicitor General*
BRENT MEAD
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
brent.mead2@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
emily@joneslawmt.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA DEMOCRATIC PARTY, MONTANANS FOR TESTER, MACEE PATRITTI,<br><br>        Plaintiffs,<br><br>v.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State, JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices,<br><br>        Defendants. | CV-21-119-M-DWM<br><br><br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Defendants hereby notify this Court and the parties that Emily Jones, Special Assistant Attorney General, enters her notice of appearance as counsel of record on behalf of the State in this matter. Please submit all correspondence, pleadings, and general mail to Ms. Jones via ECF or at the following address and email.

> Emily Jones
> *Special Assistant Attorney General*
> Jones Law Firm, PLLC
> 115 N. Broadway, Suite 410
> Billings, MT 59101
> Telephone: (406) 384-7990
> emily@joneslawmt.com

Brent Mead remains counsel of record for the State.

DATED this 8th day of March, 2022.

>> AUSTIN KNUDSEN
>> Montana Attorney General
>> KRISTIN HANSEN
>>   *Lieutenant General*
>> DAVID M.S. DEWHIRST
>>   *Solicitor General*
>> BRENT MEAD
>>   *Assistant Solicitor General*
>>
>> /s/ Emily Jones
>> EMILY JONES
>>   *Special Assistant Attorney General*
>> 115 N. Broadway, Suite 410
>> Billings, MT 59101
>> p. 406.384.7990
>> emily@joneslawmt.com
>>
>> *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: March 8, 2022  /s/ Emily Jones
EMILY JONES