Peter M. Meloy
MELOY LAW FIRM
P.O. Box 1241
Helena, Montana 59624
406-442-8670
mike@meloylawfirm.com

Abha Khanna*
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law

John M. Geise*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4652

Counsel for the Plaintiffs
*Admitted Pro Hac Vice

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| MONTANA DEMOCRATIC PARTY, MONTANANS FOR TESTER, MACEE PATRITTI<br><br>           Plaintiffs,<br><br>   v.<br><br>CHRISTI JACOBSEN, in her official capacity as the Montana Secretary of State, JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices, | CV-21-119-M-DWM |

Defendants.

## JOINT MOTION FOR STAY OF PROCEEDINGS

Plaintiffs and Defendants jointly move this Court for an order staying this matter until May 20, 2022 and continuing all current deadlines pending certain ongoing proceedings in the matter of *Forward Montana v. Montana*, Case No. ADV-2021-611, in Montana First Judicial District Lewis and Clark County. On February 3, 2022 that court granted plaintiffs' partial motion for summary judgment enjoining, among other things, Section 21 of SB 319, the provision of law at issue here (*see* Ex. A). In that matter, the State Defendants have made an unopposed motion to certify that partial judgement as final under Montana Rule of Civil Procedure Rule 54(b). That motion is pending in the district court. Defendants have now informed Plaintiffs that the State Defendants do not intend to appeal that ruling once it becomes final, leaving in place a permanent injunction of the law at issue here.

Accordingly, the parties jointly request this stay to allow the Montana First Judicial District Court to consider the motion making the summary judgment determination in that matter final. Should it grant the motion, making the permanent injunction of the law at issue here final, the parties are engaged in discussions about an appropriate agreement for a potential resolution of this matter.

Given these events, a stay in this matter and a continuation of the current

deadlines is in the interest of conserving the resources of this Court and the parties. The parties would intend to provide this Court with an update on the current status of the proceedings in state court and their discussions on or before May 20, 2022. A proposed Order reflecting this is attached hereto as Exhibit B.

Dated: May 5, 2022                              Respectfully submitted,

                                                              */s/ Peter Michael Meloy*

                                                              Peter M. Meloy
                                                              MELOY LAW FIRM
                                                              P.O. Box 1241
                                                              Helena, Montana 59624
                                                              406-442-8670
                                                              mike@meloylawfirm.com

                                                             Abha Khanna*
                                                              ELIAS LAW GROUP LLP
                                                              1700 Seventh Avenue, Suite 2100
                                                              Seattle, Washington 98101
                                                              Telephone: (206) 656-0177
                                                              akhanna@elias.law

                                                             John M. Geise*
                                                             ELIAS LAW GROUP LLP
                                                             10 G Street NE, Suite 600
                                                             Washington, D.C. 20002
                                                             Telephone: (202) 968-4652

                                                             *Counsel for the Plaintiffs*
                                                             *Admitted Pro Hac Vice*

                                                             AUSTIN KNUDSEN
                                                             Montana Attorney General
                                                             DAVID M.S. DEWHIRST

*Solicitor General*
BRENT MEAD
  *Assistant Solicitor General*

*/s/Brent Mead*
BRENT MEAD
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
brent.mead2@mt.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2022, I electronically served the foregoing via the CM/ECF system which will generate a Notice of Electronic Filing on all counsel of record.

*/s/ Peter Michael Meloy*