IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA DEMOCRATIC PARTY, MONTANANS FOR TESTER, and MACEE PATRITTI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State, and JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | CV 21–119–M–DWM<br><br><br>ORDER |

The parties having jointly moved for a stay of this matter until May 20, 2022 and a continuation of all current deadlines in light of ongoing proceedings in the state matter of *Forward Montana et al. v. Montana et. al.,* Case No. ADV-2021-611 (Mont. Dist. Ct.),

IT IS ORDERED that the motion for stay (Doc. 30) is GRANTED. The deadlines set in the January 6, 2022 Scheduling Order (Doc. 25) are VACATED and the matter is STAYED pending further update from the parties on the status of the matter in *Forward Montana* and their ongoing discussions regarding a potential

1

resolution of this matter.

IT IS FURTHER ORDERED that the parties shall file a joint status update on or before May 20, 2022. The status of the stay will be reviewed at that time.

DATED this 9th day of May, 2022.

_____
Donald W. Molloy, District Judge
United States District Court