# Exhibit B

AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
BRENT MEAD
  *Assistant Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
david.dewhirst@mt.gov
brent.mead2@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone:  406-384-7990
emily@joneslawmt.com

*Attorneys for Defendant*

## MONTANA FIRST JUDICIAL DISTRICT COURT
### LEWIS AND CLARK COUNTY

| | |
|---|---|
| FORWARD MONTANA, LEO GALLAGHER, MONTANA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS, GARY ZADICK, <br><br> PLAINTIFFS, <br><br> V. <br><br> THE STATE OF MONTANA, BY AND THROUGH GREG GIANFORTE, GOVERNOR, <br><br> DEFENDANT. | Cause No. ADV-2021-611 <br> Judge Mike Menahan <br><br> **NOTICE OF WAIVER OF RIGHT TO APPEAL** |

The State of Montana hereby gives notice that it waives its right to appeal the Court's February 3, 2022, Order granting partial summary judgment to Plaintiffs. (Doc. 93).  That Order permanently enjoins SB 319, Sections 21 and 22.  (Doc. 93 at

11). The State filed an unopposed motion to certify the February 3 Order as final pursuant to Rule 54(b). (Doc. 98). The Court granted this Motion on May 4, 2022. (Doc. 100). The intent of this Notice is to inform the parties and the Court that, upon further consideration, the State has determined it will not appeal the Court's February 3, 2022, Order.

The State reserves the right to appeal issues unrelated to the February 3, 2022, Order. This includes claims still pending before the Court and collateral issues such as attorneys' fees and costs. This Notice is only to clarify that the State will not appeal the judgment permanently enjoining SB 319, Sections 21 and 22 based on violations of article V, sections 11(1) and 11(3) of the Montana Constitution.

DATED this 11th day of May, 2022.

AUSTIN KNUDSEN
Montana Attorney General

DAVID M.S. DEWHIRST
*Solicitor General*

*/s/ Brent Mead*
BRENT MEAD
 *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
p. 406.444.2026
brent.mead2@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
emily@joneslawmt.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing was delivered by email to the following:

Raph Graybill
Graybill Law Firm, PC
300 4th Street North
PO Box 3586
Great Falls, MT 59403
rgraybill@silverstatelaw.net

Rylee Sommers-Flanagan
Constance Van Kley
Upper Seven Law
1008 Breckenridge Street
Helena, MT 59601
rylee@uppersevenlaw.com
constance@uppersevenlaw.com

Date: May 11, 2022

_____
BUFFY L. EKOLA, PARALEGAL