UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Montana Democratic Party, Montanans for Tester, Macee Patritti,<br><br>    Plaintiffs,<br><br>  v.<br><br>Christi Jacobsen, in her official capacity as Montana Secretary of State, Jeffrey Mangan, in his official capacity as Montana Commissioner of Political Practices,<br><br>    Defendants. | Case No. CV-21-119-M-DWM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

The parties jointly move the Court to dismiss this matter pursuant to Federal Rule of Civil Procedure 41(a)(2). The motion to dismiss is GRANTED subject to the following terms.

IT IS ORDERED:

That the claims in this matter are dismissed without prejudice subject to the stipulations contained in the parties' Joint Stipulation of Dismissal, ECF No. 32, with each party to bear its own costs and fees.

IT IS FURTHER ORDERED:

This Court shall retain jurisdiction to enforce the terms of the parties' stipulation until July 6, 2022, the expiration of the state defendants' time to appeal the grant of partial summary judgment in *Forward Montana v. Montana*, Case No.

ADV-2021-611, in Montana's First Judicial District Lewis and Clark County.

DATED this ____ day of May, 2022.

_____
United States District Court Judge