IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA DEMOCRATIC PARTY, MONTANANS FOR TESTER, and MACEE PATRITTI, | CV 21–119–M–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State, and JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices, | |
| Defendants. | |

The parties having filed a joint stipulation to dismiss this action, (Doc. 32),

IT IS ORDERED that the stay entered on May 9, 2022, (Doc. 31), is

LIFTED.

IT IS FURTHER ORDERED that the above-captioned cause is DISMISSED

WITHOUT PREJUDICE, each party to pay its own costs.  All pending motions are

MOOT and all deadlines are VACATED.  The Court shall retain jurisdiction to

enforce the terms of the parties' stipulation until July 6, 2022, the expiration of the

state defendants' time to appeal the grant of partial summary judgment in *Forward*

1

*Montana v. Montana*, Case No. ADV-2021-611, in Montana's First Judicial

District Lewis and Clark County.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*,

511 U.S. 375, 381 (1994).

DATED this 23rd day of May, 2022.

Donald W. Molloy, District Judge
United States District Court

2